UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMERICAN GRILL INVESTORS LLC and RHS WINE
LLC d/b/a THE TAVERN BY WS,

                                   Civil Action No.:
                 Plaintiffs,        1:25-cv-02987(MMG)

              -against-

ADMIRAL INDEMNITY COMPANY,

                   Defendant.
-------------------------------------------------------------------X


Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, American Grill Investors LLC ("AGI") and RHS Wine LLC d/b/a The Tavern by WS ("RHS" and, collectively with AGI, "Plaintiffs"), by and through their undersigned counsel, represent that Plaintiffs are both limited liability companies formed under the laws of Delaware with their principal places of business in New York.  Plaintiffs are owned directly or indirectly by the following entities and natural persons:

- RH Grill Investors, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- Lomonaco Foodview, LLC, which is a limited liability company formed under the laws of New York with its principal place of business in New York;

- RH HY Restaurant Investors, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- KAH Restaurant Investors, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- HS Partnership Holdings, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in Massachusetts;

- HHS NY Grill Restaurant, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- MSC, WS LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- RH Wine Investors, LLC, which is a limited liability company formed under the laws of Delaware with its principal place of business in New York;

- SMR Funding, L.P., which is a limited partnership organized under the laws of New York;

- Unrelated Corp., which is a corporation which was formed under the laws of New York with its principal place of business in New York, and it has no parent corporation nor is there any publicly held corporation owning 10% or more of Unrelated Corp.'s stock;

- SMR 2014 Irrevocable Trust III, which is a trust with a citizenship of New York;

- SMR 2014 Irrevocable Trust II f/b/o Kimberly Ross, which is a trust with a citizenship of New York;

- SMR 2014 Irrevocable Trust II f/b/o Jennifer Ross, which is a trust with a citizenship of New York;

- SMR 2023 Revocable Trust U/A/D 6/15/2023, which is a trust with a citizenship of Florida;

- Kenneth Himmel, who is a citizen of Florida;

- Stephen Ross, who is a citizen of Florida;

- Ronald Parker, who is a citizen of South Carolina;

- Brian Sommers, who is a citizen of Massachusetts;

- Marvin Shanken, who is a citizen of New York;

- Michael Lomonaco, who is a citizen of New York.

Dated: Melville, New York
       May 5, 2025

Respectfully submitted,

By: _____
       Todd D. Kremin, Esq. (TK0102)


510 Broadhollow Road, Suite 303
Melville, New York 11747
Tel: (718) 352- 4800
Fax: (718) 732- 2110
E-Mail: tkremin@AgulnickKremin.com

*Counsel for AMERICAN GRILL*
*INVESTORS LLC and RHS WINE LLC*
*d/b/a THE TAVERN BY WS*