UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GRILL INVESTOR LLC, et al.,

Plaintiffs,

-against-

ADMIRAL INDEMNITY COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/14/2026

25-CV-02987 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On March 25, 2026, following a conference with the parties, the Court ordered the parties to confer on a set of specific documents related to Plaintiffs' renovation plans and to produce the agreed-upon documents by April 10, 2026. *See* Dkt. No. 33. Plaintiffs failed to produce the requested documents by that date. *See* Dkt. No. 36. On May 6, 2026, Plaintiffs produced two of the agreed-upon documents. Dkt. No. 38. On May 14, 2026, the parties appeared for a discovery conference to discuss Plaintiffs' failure to produce the full set of agreed-upon documents. As discussed on the record at the May 14, 2026 conference, Plaintiffs must submit a sworn declaration (or multiple declarations, if necessary) from a person with knowledge by no later than **May 29, 2026**. The declaration must describe (1) the specific searches Plaintiffs conducted to search for the agreed-upon documents; and (2) any additional sources that Plaintiffs could search to identify any of the agreed-upon documents that have not yet been produced.

If Plaintiffs intend to produce additional documents to Defendant in advance of submitting the declaration, they must do so by **May 27, 2026**. If the production includes the full set of the agreed-upon documents, Defendant should submit a letter advising the Court that Plaintiffs have fully complied with their agreed-upon production obligations by **May 28, 2026**. If no such letter is submitted, Plaintiffs **must** file the declaration described above by **May 29, 2026**. Given the extensive delay in Plaintiffs' production of documents, the Court will not extend these deadlines absent extenuating circumstances that could not have been foreseen as of the date of the May 14 Conference.

1

Finally, as discussed on the record, Plaintiffs are reminded that the Court may issue sanctions in the form of monetary penalties or an adverse factual finding upon receipt of the declaration if such sanctions are appropriate under Federal Rule of Civil Procedure 37(b), or if there are any additional failures to abide by Court orders or comply with Plaintiffs' discovery obligations.

Dated: May 14, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge